GEORGE W. BAKER, JR., and ISABELLE C. BAKER, Individually and as Executors, etc., of GEORGE W. BAKER, Deceased, and Another, Respondents, v. THE BANK OF MANHATTAN TRUST COMPANY and Others, Defendants; CHELSEA BANK AND TRUST COMPANY, Appellant.— Motion to open default granted. Upon reargument, motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

BANK OF NEW YORK AND TRUST COMPANY, as Trustee for PRUDENTIA RE AND CO-INSURANCE COMPANY, Respondent, v. PELHAM MANOR REALTY COMPANY and THE PEOPLE OF THE STATE OF NEW YORK, Defendants; MATHELE G. SCOTT, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ANNA GLASMAN, Also Known as ANNIE GLASMAN, Individually, etc., and Others, Defendants; JACOB STOHL, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

HELEN B. BEAN, as Administratrix, etc., of HAROLD J. BEAN, Deceased, Respondent, v. JAMES D. KEAHON, INC., Appellant, and Others, Defendants.— Motion for stay denied; examination to proceed on five days' notice at the place and hour stated in the order. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FANNIE BERGER, Respondent, v. MURRAY J. BERGER, Appellant. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ANNA R. BIMBERG, Respondent, v. OSCAR F. ROTHENFELD and Others, Defendants; BROADWAY MAGNOLIA REALTY CORPORATION and NATHAN COHEN, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. The moving papers indicate no defense to the first cause of action. The defenses and counterclaims pertain to the second cause of action only. There is, therefore, no merit in the appeal and the order of severance is correct. Furthermore, appellants were dilatory in perfecting the appeal. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.